IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| BANNUM, INC. | ) | |
| Plaintiff, | ) | 07-109-C |
| | ) | No. |
| v. | ) | **FILED UNDER SEAL;** |
| | ) | **REQUEST FOR PROTECTIVE** |
| THE UNITED STATES, | ) | **ORDER PENDING** |
| Defendant. | ) | |

NOTICE OF RELATED CASE

Pursuant to RCFC 40.2, Plaintiff, Bannum, Inc., ("Bannum") notifies the Court that this bid protest follows a related case involving the same procurement, No. 06-744C. That action was dismissed by the Court on December 20, 2006, which granted Defendant's motion to dismiss based on taking remedial action, which is the subject of this protest. Plaintiff's counsel in that litigation advised that they had not yet made a determination of whether to appeal this dismissal.

Respectfully submitted,

Michael A. Gordon
Counsel of Record for Bannum, Inc.
HOLMES & GORDON
17 West Jefferson Street
Rockville, Maryland 20850
(301) 340-1251
(301) 340-1253 (facsimile)

OF COUNSEL:
Fran Baskin, Esquire
HOLMES & GORDON
17 West Jefferson Street
Rockville, Maryland 20850
(301) 340-1251
(301) 340-1253 (facsimile)