IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| BANNUM, INC.<br>Plaintiff, | ) | 07-109-C |
| | ) | No. |
| v. | ) | **FILED UNDER SEAL; REQUEST FOR PROTECTIVE ORDER PENDING** |
| | ) | FILED FEB 15 2007 |
| THE UNITED STATES,<br>Defendant. | ) | |

BANNUM, INC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, Plaintiff, Bannum, Inc., ("Bannum"), through its undersigned counsel of record, submits this corporate disclosure statement. Bannum has no parent corporation and no publicly-held corporation holding 10% or more of Bannum's stock.

Respectfully submitted,

Michael A. Gordon

Michael A. Gordon
Counsel of Record for Bannum, Inc.
HOLMES & GORDON
17 West Jefferson Street
Rockville, Maryland 20850
(301) 340-1251
(301) 340-1253 (facsimile)

OF COUNSEL:
Fran Baskin, Esquire
HOLMES & GORDON
17 West Jefferson Street
Rockville, Maryland 20850
(301) 340-1251
(301) 340-1253 (facsimile)