# In The United States Court of Federal Claims

No. 07-109C

(Filed: February 20, 2007)

BANNUM, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

DISMAS CHARITIES, INC.,

Defendant-Intervenor.

## ORDER

On February 15, 2007, plaintiff filed its complaint in this case accompanied by a motion for leave to file under seal, a motion for a protective order, and a motion for leave to file a hard copy of the electronic declaration of John D. Rich. On February 20, 2007, an initial telephonic status conference was held to discuss proceedings in this bid protest matter. Participating in the conference were Michael A. Gordon, on behalf of plaintiff, Sameer P. Yerawadekar, on behalf of defendant, and Daniel Herzfeld, on behalf of defendant-intervenor.

Plaintiff's motion for leave to file under seal and its motion for leave to file a hard copy of the electronic declaration of John D. Rich are hereby **GRANTED**. The court will, by separate order, enter a protective order in this case.

During the initial telephonic status conference, the court adopted the following schedule for the resolution of plaintiff's complaint:

1. On or before February 23, 2007, defendant shall file one CD-ROM version of the administrative record, and shall effectuate overnight service to plaintiff and defendant-intervenor (a courtesy copy of the record, in paper form, shall be delivered to chambers on February 26, 2007);

2. On or before February 27, 2007, plaintiff shall file its motion to supplement the administrative record, if necessary;

3. On or before March 5, 2007, plaintiff shall file its motion for judgment on the administrative record;

4. On or before March 14, 2007, defendant and defendant-intervenor shall file their cross-motions for judgment on the administrative record and their responses to plaintiff's motion;

8. On or before March 23, 2007, plaintiff shall file its response to defendant and defendant-intervenor's motions and its reply in support of its motion for judgment on the administrative record;

9. On or before March 28, 2007, defendant and defendant-intervenor shall file their replies in support of their cross-motions for judgment on the administrative record; and

10. Oral argument on these motions will be held on March 30, 2007, at 10:00 a.m. (EST) at the United States Court of Federal Claims, National Courts Building, 717 Madison Place NW, Washington, D.C. 20005. The courtroom location will be posted in the lobby on the day of oral argument.

11. Defendant and defendant-intervenor shall not be required to file responses to the complaint in this matter.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge