**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BANNUM, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 07-109** |
| **v.** | ) | **(Judge Allegra)** |
| | ) | **BID PROTEST** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | **Protected Information to be** |
| **DISMAS CHARITIES, INC.,** | ) | **Disclosed Only in Accordance** |
| | ) | **With U.S. Court of Federal** |
| **Defendant-Intervenor.** | ) | **Claims Protective Order** |

**DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims, and the Court's Order dated February 20, 2007, defendant provides this notice that it is filing the enclosed administrative record of the proceedings, which has been compiled by the Federal Bureau of Prisons regarding plaintiff's protest of the agency's decision to eliminate it from consideration for a contract award under Solicitation/Request for Proposals No. 200-0880-SE, dated November 30, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Steven G. Gillingham
by Kathryn A. Bleecker

STEVEN J. GILLINGHAM
Assistant Director

s/ Sameer Yerawadekar

OF COUNSEL:
TRACEY L. PRINTER
Assistant General Counsel
Federal Bureau of Prisons
320 First Street, N.W., Suite 900
Washington, D.C. 20534

SAMEER YERAWADEKAR
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-4696
Fax: (202) 514-8640

February 23, 2007

Attorneys for Defendant

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 23rd day of February 2007, pursuant to the Court's order issued February 20, 2007, copies of the foregoing "DEFENDANT'S NOTICE OF FILING OF ADMINISTRATIVE RECORD," along with the administrative record and on CD-ROM, were sent be overnight delivery, addressed as follows:

Michael A. Gordon, Esq.
9206 Overlea Drive
Rockville, MD 20850
Tel: (301) 762-8709

Daniel Hertzfeld, Esq.
for Alexander D. Tomaszczuk, Esq.
2603 John Marshall Drive
Arlington, VA 22207
Tel: (703) 536-1881

s/ Tiffany Burnett