**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **BANNUM, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 07-109** |
| **v.** | ) | **(Judge Allegra)** |
| | ) | **BID PROTEST** |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Defendant,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | **Protected Information to be** |
| **DISMAS CHARITIES, INC.,** | ) | **Disclosed Only in Accordance** |
| | ) | **With U.S. Court of Federal** |
| **Defendant-Intervenor.** | ) | **Claims Protective Order** |

**DEFENDANT'S NOTICE OF FILING OF**
**COURTESY PAPER COPY OF ADMINISTRATIVE RECORD**

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims, and the Court's Order dated February 20, 2007, defendant provides this notice that it is filing a courtesy paper copy of the enclosed administrative record of the proceedings, which has been compiled by the Federal Bureau of Prisons regarding plaintiff's protest of the agency's decision to eliminate plaintiff from consideration for a contract award under Solicitation/Request for Proposals No. 200-0880-SE, dated November 30, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Steven J. Gillingham

STEVEN J. GILLINGHAM
Assistant Director

s/ Sameer Yerawadekar

SAMEER YERAWADEKAR
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-4696
Fax: (202) 514-8640

Attorneys for Defendant

OF COUNSEL:
TRACEY L. PRINTER
Assistant General Counsel
Federal Bureau of Prisons
320 First Street, N.W., Suite 900
Washington, D.C. 20534

February 26, 2007

CERTIFICATE OF FILING

I hereby certify that on this 26th day of February 2007, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING OF COURTESY PAPER COPY OF ADMINISTRATIVE RECORD" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sameer Yerawadekar