# In The United States Court of Federal Claims

No. 07-109C

(Filed: February 28, 2007)

BANNUM, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant,

And

DISMAS CHARITIES, INC.,

Defendant-Intervenor.

**ORDER**

On February 26, 2007, plaintiff filed a motion for discovery, which was opposed by defendant that same day. Plaintiff seeks production of the following documents:

1. The discussion questions and responses of the other offerors;

2. The revised proposals of the other offerors;

3. All documents relating to the evaluations of the other offerors; and

4. All documents relating to the evaluation of Bannum's change in facility.

In the court's view, defendant should have produced these documents pursuant to the Rules of the United States Court of Federal Claims procedure in procurement protest cases. RCFC App. C., Rule 21. Plaintiff's motion is hereby **GRANTED**. On or before March 2, 2007,

at 12:00 p.m. (E.S.T.), defendant shall file these materials as an addendum to the administrative record, including any communications it has conducted with all past and present offerors since remedial action was taken on December 11, 2006.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge