IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | | |
|---|---|---|
| BANNUM, INC. | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-744C |
| v. | ) | Judge Allegra |
| | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

MOTION FOR LEAVE TO CORRECT AND REPLACE THE AGREED UPON PUBLIC VERSION OF ITS MOTION FOR SUMMARY JUDGMENT ON THE ADMINISTRATIVE RECORD

Plaintiff, Bannum, Inc. ("Bannum") moves for leave to correct and replace the agreed upon Motion for Summary Judgment on the Administrative Record. The document filed yesterday which was so designated was in fact, Bannum's Agreed Upon public version of its Reply Brief. The correct pleading is attached to this motion.

Respectfully submitted,

Michael A. Gordon
s/ Michael A. Gordon
Counsel of Record for Bannum, Inc.
HOLMES & GORDON
17 West Jefferson Street
Rockville, Maryland 20850
(301) 340-1251
(301) 340-1253 (facsimile)

OF COUNSEL:
Fran Baskin, Esquire