# In the United States Court of Federal Claims

**No. 07-109 C**

**BANNUM, INC.,**
**Plaintiff,**

**v.**

**THE UNITED STATES,**
**Defendant,**

**and**

**DISMAS CHARITIES, INC.,**
**Defendant-Intervenor.**

**JUDGMENT**

Pursuant to the court's Opinion, filed April 20, 2007, granting defendant's and defendant-intervenor's cross-motions for judgment on the administrative record,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Clerk of Court

**May 2, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.