# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

RECEIVED
JUL 6 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

**2007-5109 - BANNUM, INC.**

**Date of docketing:** 05/10/2007

**Appeal from:** United States Court of Federal Claims case no.

**Appellant(s):** Bannum, Inc.

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Michael A. Gordon
Daniel S. Herzfeld
Sameer P. Yerawadekar

2007-5109

# In the United States Court of Federal Claims
## Appeal Information Sheet

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
MAY 10 2007
JAN HORBALY
CLERK

**Judge Francis M. Allegra**

**Type of Case**: 140 Contract - (Post Award) Injunction

BANNUM, INC.

*Plaintiff,*

vs.

THE UNITED STATES,
*Defendant,*

RECEIVED
2007 MAY -3 AM 9:12
US COURT OF APPEALS FEDERAL CIRCUIT

---

**Cross or Related Appeal**: No.

**CFC Number**: 07-109C.

**Appeal Filed By**: Plaintiff.

**Date of Judgment**: May 2, 2007.

**Date of Appeal**: May 1, 2007.

**Fee**: $455.00.

**See docket sheet for information of Plaintiff's Counsel and Defendant's Counsel.**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-5109

BANNUM, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

DISMAS CHARITIES, INC.,

Defendant.

Appeal from the United States Court of Federal Claims in 07-CV-109, Judge Francis M. Allegra.

Authorized Abbreviated Caption[2]

BANNUM INC v US, 2007-5109

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.