ORIGINAL

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

FILED

MAR 3 1 2008

U.S. COURT OF FEDERAL CLAIMS

2007-5109

BANNUM, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

DISMAS CHARITIES, INC.,

Defendant-Appellee.

Michael A. Gordon, Holmes & Gordon, of Rockville, Maryland, argued for plaintiff-appellant.

Sameer Yerawadekar, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States. With him on the brief were Jeanne E. Davidson, Director, and Steven J. Gillingham, Assistant Director. Of counsel on the brief was Tracey L. Printer, Assistant General Counsel, Federal Bureau of Prisons, of Washington, DC.

Alexander D. Tomaszczuk, Pillsbury Winthrop Shaw Pittman LLP, of McLean, Virginia, argued for defendant-appellee Dismas Charities, Inc. With him on the brief were Daniel S. Herzfeld and Orest J. Jowyk.

Appealed from: United States Court of Federal Claims

Judge Francis M. Allegra

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5109

BANNUM, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

DISMAS CHARITIES, INC.,

Defendant-Appellee.

## JUDGMENT

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: James Benjamin Date: 3/31/08

ON APPEAL from the United States Court of Federal Claims

in CASE NO(S) 07-CV-109.

This CAUSE having been heard and considered, it is

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
FEB 6 2008
JAN HORBALY
CLERK

ORDERED and ADJUDGED:

Per Curiam (BRYSON, GAJARSA, and LINN, Circuit Judges.)

AFFIRMED. See Fed. Cir. R.36

ENTERED BY ORDER OF THE COURT

DATED: FEB 6 2008

Jan Horbaly
Jan Horbaly, Clerk

ISSUED AS A MANDATE: March 31, 2008